ARMOUR PACKING CO., Respondent, v. EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by the Armour Packing Company against the Edison Electric Illuminating Company of Brooklyn. No opinion. Motion for leave to appeal to the Court of Appeals denied. We think the questions can be better reviewed after trial.

---

ASPINWALL, Respondent, v. GARDNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 17, 1906.) Action by Delia L. Aspinwall against Gertrude A. Gardner. No opinion. Judgment and order affirmed, with costs.

---

BACHER, Appellant, v. BACHER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by Daniel H. Bacher against Louise Bacher, and others. No opinion. Order affirmed, with $10 costs and disbursements.

---

BAKER v. HAMILTON et al. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Seward Baker, as trustee, etc., against Alexander J. F. Hamilton and others. No opinion. Motion denied.

---

BALL, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 14, 1906.) Action by William L. Ball against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and NASH, JJ., dissent.

---

BARNES, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Term. November 14, 1906.) Appeal from Municipal Court, Borough of Manhattan, Tenth District. Action by W. Anson Barnes against the New York City Railway Company. From a judgment in favor of defendant, plaintiff appeals. Affirmed. E. V. R. Ketchum, for appellant. Henry F. Gannon, for respondent.

PER CURIAM. The plaintiff was the only witness called. An examination of the testimony satisfies us that the trial justice was warranted in rendering judgment in favor of the defendant. The reason given by said justice for the decision is that "he refused to accept plaintiff's testimony as true." We do not think the case at bar comes within the rule laid down in Lewis v. N. Y. City Ry. Co. (App. Term, May, 1906) 99 N. Y. Supp. 462. The testimony is not clear and free from inherent improbabilities. Judgment affirmed, with costs to the respondent.

GILDERSLEEVE and DOWLING, JJ., concur. DUGRO, J., taking no part.

---

BARNES, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Term. November 14, 1906.) Appeal from Municipal Court, Borough of Manhattan, Tenth District. Action by W. Anson Barnes against the New York City Railway Company. From a judgment in favor of defendant, plaintiff appeals. Affirmed. E. V. R. Ketchum, for appellant. Henry J. Smith, for respondent.

PER CURIAM. The uncertainty of the plaintiff's testimony as to the date when he claims to have been refused a transfer, owing to the great number of suits instituted by him at or about the same time this action was begun by the plaintiff to recover for penalties, leads us to the conclusion that the trial judge was justified in finding for the defendant. Judgment affirmed, with costs.

GILDERSLEEVE and DOWLING, JJ., concur. DUGRO, J., taking no part.

---

BASILIO, Respondent, v. McDONALD et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Arcoria Basilio against John B. McDonald and Andrew Onderdonk, etc. No opinion. Judgment and order unanimously affirmed, with costs.

---

BELL, Appellant, v. RICHARDS, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 28, 1906.) Action by Sidney Bell against Morris P. Richards.

PER CURIAM. Judgment and order affirmed, with costs. Held that, while the statute has a broader significance than indicated in the memorandum of the trial court, we think it does not apply to a case like the one at bar, where the party sought to be charged obtained possession of the cans lawfully and with the consent of the owner.

WILLIAMS, J., dissents, upon the ground that the trial court and the majority of this court place an improper construction upon the statute, and that under the evidence the case was one for the jury. SPRING, J., also dissents.

---

BELL TELEPHONE CO. OF BUFFALO, Appellant, v. PARKER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 21, 1906.) Action by the Bell Telephone Company of Buffalo against Albert H. Parker and another. No opinion. Order reversed, and the matter remitted to the Special Term for proper action in the premises, with $10 costs and disbursements. Held, that the petition herein was sufficient to authorize the appointment of commissioners, and therefore no amendment is necessary.

BELL TELEPHONE CO. OF BUFFALO v. PARKER et al. (Supreme Court, Appellate Division, Fourth Department. December 7, 1906.) Action by the Bell Telephone Company of Buffalo against Albert H. Parker and others. No opinion. Motion for leave to appeal to the Court of Appeals granted, and questions for review certified.

---

BENDER, Respondent, v. LEE et al., Appellants. (Supreme Court, Appellate Division,